RECEIVED

MAY 0 1 2025

US DISTRICT COURT
MID DIST TENN

# UNITED STATES DISTRICT COURT

### for the

_Middle_ District of _Tennessee_

_Nashville_ Division

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Gregory Ryan Webb**
_____
Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

**Ivy Mayberry, Lewana Castillo Webb,
Kevin Bryant, Avery York Jr., Cumberland County
Sheriff's Dept, Cumberland County Probate + Family
Clerks office, Cumberland County Circuit Clerks
office, John Tyler Merchant, Jessica Danielle Hill,
Josh Tollett** Defendant(s) _13th District DA's office_
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)_

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)
_42 U.S.C. 1985 (2)(3) Conspiracy_

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: *Gregory Ryan Webb*
Address: *C/o 329 E. Tanner Street / Temporary Add.*
*Waverly*    *IL*    *62692*
      City       State       Zip Code

County: *Morgan*
Telephone Number: *865-297-6641*
E-Mail Address: *ryan1900236@gmail.com*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: *Rry Jo Gardner Mayberry,*
Job or Title (if known): *Attorney for Tennessee Dept. Children Services*
Address: *600 Hearthwood Court*
*Cookeville,*    *TN*    *38506*
      City       State       Zip Code

County: *Putnam and Cumberland*
Telephone Number: *931-646-3129*
E-Mail Address (if known): *N/A*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2
Name: *Lewana Castillo Webb*
Job or Title (if known): *Correctional Officer*
Address: *353 Washington Street*
*Crossville*    *TN*    *38572*
      City       State       Zip Code

County: *Cumberland*
Telephone Number: *N/A*
E-Mail Address (if known): *N/A*

☒ Individual capacity    ☒ Official capacity

Defendant No. 3

Name *Kevin Bryant*

Job or Title *(if known)* *Attorney*

Address *68 Woodmere Mall #101*

*Crossville*    *TN*    *38555*
City       State       Zip Code

County *Cumberland*

Telephone Number *931-787-1004*

E-Mail Address *(if known)* *Kevin@kevinrbryantlaw.com*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name *Avery York Jr.*

Job or Title *(if known)* *233 Lincoln Street "Rock Quarries"*

Address *233 Lincoln Street*

*Crossville*    *TN*    *38572*
City       State       Zip Code

County *Cumberland*

Telephone Number *N/A*

E-Mail Address *(if known)* *N/A*

☒ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

☒ *42 U.S.C. 1985 (2)(3) Request on this form/Attach Motion*

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." ~~42 U.S.C. § 1983.~~ If you are suing under section ~~1983,~~ what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*42 U.S.C. 1985(2)(3) - Conspiracy to interfere with Civil Rights Obstruction Of Justice, intimidating party/witness Depriving Me, Gregory Ryan Webb of rights and privileges, Excessive Force*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? *N/A*

Defendant No. 5. Cumberland County Sheriff's Dept.

Sheriff's Dept.
90 Justice Center Drive
Crossville, TN 38555    / 931-484-6176

Individual Capacity ☒  Official Capacity ☒

Defendant No. 6. Cumberland County Probate & Family Clerk

and Deputy Clerk,   Clerks

60 Justice Center Drive,

Crossville, TN 38555    931-484-4731

Individual Capacity ☒  Official Capacity ☒

Defendant No. 7. Cumberland County Circuit Court Clerk

Clerk and Deputy Clerk

60 Justice Center Drive, Crossville, TN 38555

931-484-5852

Individual Capacity ☒  Official Capacity ☒

Defendant No. 8. - John Tyler Merchant / Correctional Officer

541 Wayne Cotton Morgan Dr.

Wartburg, TN 37887

423-346-1300

Individual Capacity ☒  Official Capacity ☒

Defendant No. 9. Jessica Danielle Hill

24595 Rhea County Hwy

Spring City, TN 37381

Individual Capacity ☒

Defendant No. 10  Josh Tollett
               Previous Employer
               1057 S. Main Street
               Crossville, TN 38555
Individual Capacity [X]


Defendant No 11.  13th District DA's Office
               1289 S. Walnut Ave.
               Cookeville, TN 38501
               District Attorney(s)
               931-528-5015

II.

B. -continued

1) Retalition and Freedom Of Speech under the first amendment to the. U.S. Constitution.

2) Excessive Force, search and/or seizure under the fourth amendment to the U.S. Constitution.

3) Self Encrimination without Due Process, Privacy, my property taken for public use under fifth amendment to the U.S. Constitution

4) Due Process and Equal Protection under the fourteenth amendment to the U.S. Constitution.

5) Recognition Of Unenumerated rights under the Ninth amendment to the U.S. Constitution.

D. Defendant No. 1, Ivy Jo Gardner Mayberry, executed her part in conspiracy during September, 2021 and has continued all throughout 2022, 2023, 2024, and 2025. Mayberry acted against me in pre-meditated plans starting 09/16/21. Ivy Mayberry, participated in conspiracy, to kidnap my 12 yr old son with Attorney Kevin Bryant, Leurana Castillo Webb, Avery York Jr., and Cumberland County Sheriff's Dept, plus the the Clerk's offices through both Probate & Family. Mayberry, participated in conspiracy with Cumberland County, TN Sheriff's Dept to obstruct or cover up excessive force against me. Ivy Mayberry and "friends" purposely extended me attempting to push me into failure, obstruct timelines and evidence, and obstruct for fraud to occur against both the Tennessee Supreme Court and the United States District Court(s). Manipulation against me and the Courts was so extreme confidence was lost allowing all to be treated as a "game", after financial destruction against me in which I have no intention or desire in paying for Corruptions financial burdens. There's no excuse to erase 2021 timeline that again, led into 2022, 2023, 2024, and 2025 obstruction. To mainly obstruct justice related to 2021 kidnapping(s), excessive force against me, sexual predator behavior, and election conspiracy, defendants all

Page 4-D-(2)

D.  Section 1985 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1985. If you are suing under section 1985, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Attached*

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Primarily in Tennessee, I was tracked the "hardest" while in Crossville, and Nashville, TN in efforts to know my every next move with the Cumberland County courts and Nashville U.S.D.C. at Nashville

B.  What date and approximate time did the events giving rise to your claim(s) occur?

It started during November 2021 at very minimum. During April, 2022 is when I purchased 2018 F-150 and tracking began lightly and became worse as time progressed.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My son was kidnapped per fact at 12yrs old in attempt to remove me from my home as documented domestic victim in which the abuser created self inflicted minor wound during June 4, 2021 to get everyone to believe her. My evidence was learned by all in which officials obstructed to prevent fact the Domestic Abuser created the exact same fake wound during late 2015 or early 2016. A real election conspiracy occurred in which I was used as a "tool" and 75yr old Judge was entrapped using my evidence.

tracked me and subjected me to audio recordings, in which defendants needed more time to obstruct or justify 2021 timeline allowing the domestic abuser to prevail. Defendants strategicly attempted to stalk, intimidate, and harass me triggering response(s) while I've suffered Kidnapping(s) as documented domestic violence victim, while every Constitutional Right I've owned as U.S. Citizen, was and is purposely violated in disguise of a "game" but instead is obstructing the fact of Class A and B type felonies and Capital type crimes being committed in which consiquences have been push off upon me. Defendants are "Gaslighting", and acting with narcississtict type behavior ignoring their actions and illegal acts and behavior during 2021 and early 2022 timeline(s) that produced this Lunatic Ball. Through Color Of State Law Ivy Mayberry, acted through State Of Tennessee, as state licensed Attorney, in which Ivy Mayberry, acted through state actors named as defendants in this 42 U.S.C. 1985, purposely violating all my rights named on page 3 and 3-C under II., B. Ivy Mayberry's motives to obstruct are to erase or obstruct Kidnapping(s) and election conspiracy, in which finding me guilty and pointing "fingers" at me cannot erase my evidence.

Page 4-D-(3)

Defendant No. 2, Lewana Castillo Webb, is the Domestic Abuser who has had help making herself appear the victim, in conspiracy to Kidnap along with Ms. Webb's individual motives to succeed in divorce, with all property including my personal property. Ms. Webb was allowed to participate in conspiracy against me during 2022 and 2023 at minimum that includes tracking me, stalking me, and succeeding, in the continuous owning of Bogus Order Of Protection Ms. Webb has purposely been allowed to own, to prevent my son from telling me the illegal acts that have continued to occur against me. Ms. Webb is the primary reason this Lunatic Ball was created along with John Tyler Merchant in which Ivy Mayberry, took full advantage of my circumstances using me as a "fool!" Ms. Webb has been allowed to succeed only due to the fact Attorney's Ivy Mayberry and Kevin Bryant have been named as a fact in real conspiracy, to Kidnap with election conspiracy motives. Ms. Webb and John Tyler Merchant were both allowed to succeed in conspiracy against me from 2021 that turned into a 2022 and 2023 tracking of my phone and 2018 F-150 with Ms. Webb and John Tyler Merchant seperately being able to track me in both their individual capacities and also official capacities through the State —

Page 4-D-(4)

Defendant No. 2, continued. — Of Tennessee, as
correctional officers for the State Of Tennessee,
Some type of publicly made tracking against me
resulted in the continued violations of my Civil and
Constitutional rights being violated at no end after all
I've named against me and my son, in this 42 U.S.C.
1985, and related I filed before the U.S.D.C. at Nashville
and Springfield, IL. Ms. Webb acted through Color Of State
Law, through the State Of Tennessee that includes Attorney's
Kevin Bryant and Ivy Mayberry, and again, through the State
Of Tennessee as Correctional Officer. Ms. Webb also acted
through Cumberland County Sheriff's Dept., and the Crossville
police Dept. Ms. Webb has purposely been allowed to stalk
me, track me, possibly audio me, all in attempts to violate
my personal privacy, and both harass and intimidate me
violating my rights as named on pages 3 and 3-B, II, B.
Ms. Webb also acted in her individual capacity through State
Of Tennessee and Cumberland County General Sessions
court, in which Lewana Castillo Webb committed
aggravated perjury against me while under oath on April
21, 2022. Ms. Webb's criminal actions in the court room
were purposely allowed in broader conspiracy, to justify
and obstruct 2021 timeline.

Page 4-D - (5)

Defendant No. 3. State Of Tennessee, licensed Attorney Kevin Bryant obstructed justice in concerns to kidnapping(s) and excessive forces against me, Kevin Bryant acted in continuous conspiracy to kidnap that resulted in Kevin Bryant helping Ivy Mayberry in election conspiracy resulting in a Judges death. Kevin Bryant helped Ivy Mayberry find every way possible to keep extending me, in 2021 timeline, not allowing me to see the Judge nor him see me. During 2022 and 2023 Kevin Bryant acted in his official capacity, violating my privacy as named on pages 3 and 3-E, II, B. Kevin Bryant acted as Attorney through State Of Tennessee, through General Sessions court, and through both Ivy Mayberry and the Family Probate court. Kevin Bryant participated in tracking and harassment against me to both intimidate me and obstruct 2021 timeline. During 2022 and 2023 Kevin Bryant manipulated violations of privacy against me in conspiracy to also help his other client Avery York Jr. obstruct justice. Kevin Bryant conspired against me purposely allowing Lewana Castillo Webb to commit perjury's at every court hearing, obstructing justice, not reporting these facts, as State licensed Attorney, acting through the State Of Tennessee, purposely pushing me into failure to suppress his part in conspiracy to kidnap and election conspiracy denying me equal protection and due process under fourteenth amendment to U.S. Constitution.

Page 4-D-(6)

Defendant No. 4, Avery York Jr. acted in his individual capacity through State licensed Attorney Kevin Bryant and the Circuit Court Clerks Office, in which Circuit Clerk Jessica Burgess is sister in-law to Avery York Jr. During 2022 Avery York Jr. acted his parts of conspiracy against me to help erase 2021 timeline of Mr. York Jr's sexual predator behavior and destroying plus replacing of electronic devices, plus conspiracy to attempt to move my son to Florida in real kidnapping crossing state lines. During entire 2022 timeline Avery York Jr. in-part violated my rights as described on pages 3 and 3-B, II, B, violating my privacy at no end as documented domestic victim while I was suffering kidnapping(s) that include my 12yr old son. During mid-ish 2022 Avery York Jr. was purposely placed in supervisory posistion in a "game" to make himself appear responsible person. Avery York Jr. knew about my evidence and in his individual capacity acted through Circuit Court Clerks office obstructing or encouraging the obstruction of my evidence and court filings throughout 2022 in which the Clerk's Avery York Jr's sister in-law. Avery York Jr. knew and didn't report kidnapping per fact of my 12yr old son. Avery York Jr. knew of election conspiracy in which entrapped Judge passed away. Avery York Jr. helped obstruct at no end during entire 2022 timeline denying me due process and equal protection under fourteenth amendment to U.S. Constitution.

Page 4-D-(7)

Defendant No. 5., Cumberland County, TN Sheriff's Dept., in-part, employs Deputies who acted in both their individual and official capacities through State of Tennessee licensed Attorney Ivy Mayberry, through Cumberland County Sheriff's Dept., and through both the General Sessions and Circuit Court in participation to obstruct justice against me to erase 2021 timeline of excessive forces, kidnapping perfact, and election conspiracy in which Republican sitting Judge was purposely entrapped. All throughout 2022 and beginning of 2023 timeline Cumberland County, TN Deputies obstructed justice against me and participated in a "sick" and un-lawful "game" violating my rights as described on pages 3 and 3-C, II, B, of this 42 U.S.C. 1985 complaint. Deputies that mainly include Dep. Alverez directly participated in election conspiracy with Ivy Mayberry ruining my life and allowing truth about entrapped judge to be obstructed at no end. Deputy Alverez helped obstruct with her unknown name, Road Sgt. Supervisor who resembles physical characteristics of Family + Probate Dep. Clerk. Deputy Alverez both obstructed police report on Febuary 3, 2022 and denied me police report on approximately September 13, 2023. I saw Dep. Alverez and unknown name, Road Sgt. following me in their individual capacities not in uniform. On April 21, 2022 Dep. Gilliam —

Page 4-D (8)

Defendant No. 5, continued — and Dep. Powers obstructed justice against me in their official capacities through the General Sessions court denying me my right to fair hearing(s) and fair trial(s) under the sixth amendment to the U.S. Constitution after Dep. Gilliam answered questions for Dep. Powers while Dep. Powers was absent from April 21, 2022 Preliminary hearing resulting in Circuit Court case(s) CR-22-130 and CCI-2022-CV-6875 after Dep. Gilliam testified again on unknown Grand Jury hearing date. Dep. Gilliams aggravated perjuries were in-part to obstruct or hide fake evidence against me in which States witness who committed perjury at every hearing helped hide Lewana Castillo Webb's self inflicted or fake wound that Ms. Webb self inflicted exact same wound late 2015 or early 2016 against Joel Hoffman of Crossville, TN. This conspiracy to indict and hide evidence obstructed my right to fair trial under the sixth amendment to U.S. Constitution again, and after Dep. Gilliam acted alone again at trial on February 16, 2023, repeating obstruction and hiding my evidence, in which Deputy for Cumberland County Sheriff's Dept. had another Deputy stand in Dep. Powers place in which Subpoena was ignored in which I can ID that Deputy from February 16, 2023.

Page 4-D-(9)

Defendant No. 6, Cumberland County Probate + Family Clerks office obstructed justice in both their official and individual capacities in efforts to obstruct 2021 timeline and election conspiracy in which my 12yr old son was kidnapped per fact and a sitting Judge was entrapped using my evidence. Dep. Clerk Sandra Lee violated my rights as described on pages 3 and 3B, 3-C, II, B, as stated on this 42 U.S.C. 1985 complaint. Dep. Clerk Sandra Lee acted in conspiracy, tracking me to the Avalon Center in Crossville, TN on either 12/02/22 or 12/14/22 in efforts to prevent me from filing to case(s) at the U.S.D.C. at Nashville. My evidence in part also come up missing from the Probate + Family Clerks office. Dep. Sandra Lee also denied my right to fair trial under the sixth amendment in regards to three "fake/staged" trials, held against me, in Cumberland County, TN. Dep. Sandra Lee helped Cumberland Sheriff's Dept. erase kidnapping(s) and excessive forces against me, Dep Sandra Lee helped Kevin Bryant obstruct the fact of kidnapping my 12yr old son in conspiracy, and helped Ivy Mayberry obstruct election conspiracy and evidence in which a 75 year old Judge was entrapped.

Page 4-D-(10)

Defendant No. 7. Cumberland County Circuit Clerks office obstructed justice against me after hiding and/or deleting my evidence submitted numerous times to their office. This Clerk's office acted in conspiracy to extend me and obstruct in both their official and individual capacities for sexual predator and brother in-law Avery York Jr. and for Ivy Mayberry to erase 2021 timeline of election conspiracy in which my 12yr old son was kidnapped per fact and entrapped sitting judge had manipulated complaint filed against him. Clerk Jessica Burgess helped track me in her individual capacity and somehow helped the viewing and/or interception of total control over my emails and messenger communication, all during 2022 and early 2023 violating my rights as described on pages 3 and 3-C, II, B., of this 42 U.S.C. 1985 complaint. Jessica Burgess acted through TBI and her Clerks office obstructing against me at no end. Jessica Burgess and her Clerks office acted in conspiracy deny my right to fair trial and effective assistance of counsel. Under the sixth amendment to the U.S. Constitution.

Page 4-D-(11)

Defendant No. 8. John Tyler Merchant would not leave circumstances during 2020, 2021, 2022, and 2023 timelines. During 2021 officials confronted Mr. Merchant in which Mr. Merchant always weaseled physical distance away from me. I failed more than once receiving restraining order against Mr. Merchant due to financial sabatage against me to prevent the restraining order. I manipulated Mr. Merchant into filing restraining order in which court hearing before Hon. Wanner resulted in mutual restraing order with my son attached, due to the mental/emotional child abuse Mr. Merchant was causing, next to Ms. Webb against my 12yr old son. Mr. Merchant kept violating the order, I looked up his addresses to get him served in which it was manipulated into lies of me stalking his family. During erased 2021 time of kidnapping per fact of my 12yr old son, my order of protection unlawfully set aside, excessive forces against me, sexual predator behavior allowed at my home around my 12yr old son, and election conspiracy,' Mr. Merchant escaped his sadistic behavior of 2020 and 2021. Mr. Merchant was allowed to help erase 2021 conspiracy in a new 2022 and 2023 conspiracy by tracking and harassing me. Mr. Merchant violated my rights as named on pages 3 and 3C, II, 8 in his individual and also official capacities through a tracking by Maybery somehow initiated through Cumberland County officials as State licensed Attorney in which Mr. Merchant is/was correctional officer. Mr. Merchant should be charged with conspiracy to kidnap. Mr. Merchant obstructed justice against me to save his own self.

Defendant No. 9. Jessica Danielle Hill of Spring City, TN obstructed justice after violating my rights as named on pages 3 and 3-C, II., B.. Ms. Hill sent me self recorded video of her admitting to knowing my evidence was deleted from my case(s) during August, 2022, Ms. Hill manipulated laptop back that Ms. Hill gifted me. The laptop Ms. Hill gifted me held timeline and evidence of 2021 that was purposely deleted and destroyed. After one or two days of giving the laptop to Ms. Hill who was harassing me and trying to intimidate me, Ms. Hill supervised, ordered, and participated in destroying the laptop. Ms. Hill purposely destroyed evidence after receiving attention through sexual predator behavior. Ms. Hill was only used as a tool to obstruct justice against me through State Of Tennessee licensed Attorneys Ivy Mayberry and Kevin Bryant, the Cumberland and Rhea County Sheriff's Dept., and the Crossville police dept. Ms. Hill has no remorse after destroying timeline and evidence related to my son's Kidnapping per fact, excessive forces against me, a real election conspiracy in which a Republican sitting Judge was entrapped by purpose hiding of my evidence that all allowed the domestic abuser, Lewana Castillo Webb, to prevail.

Defendant No. 10 - Josh Tollett of Crossville, TN is cousin to Ivy Mayberry, who was my previous Attorney. Mr. Tollett was also my employer. Josh Tollett was or is aware of my evidence that was or is obstructed to this day. During April-ish and May-ish of 2022 both Josh Tollett and Kevin Bryant were aggressively attempting to push me into admitting to "fake/staged", misdemeanor domestic Ms. Lexiana Castillo Webb acted out during June 4, 2021. Mr. Tollett and Mr. Bryant had worry or an actual "shake" in their voices when they individually spoke to me about my circumstances I've named in this case and related case(s) I've named in details before this Court and other. I was subjected to an audio and public tracking against me I kept refecting 2-3 times or more per week as I drove 2018 F-150. Josh Tollett violated my rights as stated on pages 3 and 3-C through Attorneys Ivy Mayberry, and Kevin Bryant who are licensed by the State of Tennessee. Mr. Tollett is somehow family relation to Dep. Alverez who conspired with Ivy Mayberry, to obstruct my evidence, obstruct and who committed excessive force against me, and helped obstruct fact of election conspiracy in which my 12yr old son was kidnapped and 75yr old Judge was entrapped using my evidence and the hiding of my unlawfully taken Order of Protection. Mr. Tollett also acted through Cumberland County Sheriff's Dept. and Crossville Police Dept.

Defendant No. 11 - 13th District Of Tennessee DA's office was and still is aware of States non-credible witness, Keauna Castillo Webb, being domestic abuser. My evidence was hidden on purpose to entrap a sitting judge, my 12yr old son was Kidnapped per fact by law, and States witness, Ms. Webb, created self inflicted wound she previously created during 2015 or early 2016 in which 13th District DA's office knows but still allowed February 16, 2023 fake and staged trial to help erase 2021 timeline and election conspiracy in which I was manipulated into filing complaint against judge who passed away at 75 years old a few months before his retirement. 13th District DA's office knows all stated above but hid evidence of Ms. Webb's self inflicted wound for over one year in obvious timeline of not allowing any of my conclusions in Cumberland County, TN case(s) until the end of the Cumberland County elections. 13th District DA's office, in both their individual and official capacities violated my rights as named on pages 3 and 3 C to this 1985 complaint. 13th District DA's office continued malicious prosecution against me entrapping a rookie prosecutor into prosecuting me to erase election conspiracy, and the real reasons a sitting judges health failed during Kidnapping(s) in which 13th District DA's office acted through theirselves and the Cumberland County, TN Sheriff's Dept.

The Judge learned of the complaint I was manipulated into filing against him. My evidence was purposely hidden from him on purpose and the fact my Order Of Protection was never legally set aside. Ivy Mayberry and "friends" monitered me, tracked me, and harassed me in the real reason to obstruct and erase 2021 timeline. I was tracked to prevent me from getting another Attorney per fact, to Know my every next move with the Cumberland County, TN courts and the U.S.D.C. at Nashville, in which I was also being blamed as a domestic abuser who Killed a Judge during this tracking and monitering during 2022 and 2023. Ivy Mayberry and Kevin Bryant obstructed their corruption, conspiracy to Kidnap, all allowing my son to be continued to be Kidnapped after Judges death related to the Kidnapping(s) that also include myself. After my home was taken over allowing sexual predator behavior Ms. Webb welcomed in front of my 12yr old son, attempts to push me into violence were occurring. My circumstances were so obvious I patiently waited for correction. The woman I dated after legal seperation ended in total sebatage after she welcomed sexual predator behavior in which she was "targeted" to obstruct my circumstances after my patients ran out, In which Ms. Hill welcomed all against me

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

After Ivy Mayberry and "friends", obstructed in which I received no relief, I lost my job that resulted in freelance work to live and pay for litigation. After my best tools and equipment was stolen I couldn't properly complete the jobs as I normally would. I re-used construction materials I don't normally re-use and accidently cut off one finger along with three other fingers cut halfway off. My 2018 F-150 was vandalized a minimum of four times. I was subjected to three fake or unfair trials. I was purposely manipulated into filing complaint against entrapped Judge during election conspiracy resulting in his death I had part in, in which I didn't know my evidence was purposely hidden. My Order of Protection was unlawfully set aside. I lost liberty to incarceration five times. I have suffered kidnapping(s) that include my 12yr old son in which I lost my home through fake divorce trial and am homeless for over 3½ years.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$250,000,000
Injunctive Relief
Attorney or litigation that's now $122,000 Fees
Take everything "they" or the defendants have and incarcerate
Declatory Relief this Court deems appropriate, including Summary Judgment(s) and/or Default Judgement

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/17/2025

Signature of Plaintiff _Gregory, Ryan Webb_

Printed Name of Plaintiff Gregory Ryan Webb

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City      State      Zip Code

Telephone Number _____

E-mail Address _____

_Gregory Ryan Webb_
(Signature)

_Gregory Ryan Webb_
(Print Name)

_C/O 329 E. Tanner_

_Waverly, IL 62692_

_865·297·6641_
(Address & Telephone Number, if any)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) *42 U.S.C. 1985(2)(3) packet*
has been served on:  *with     Summons Packet*

(Name)      *U.S.D.C. Clerk*
(Address)   *719 Church Street*
(Address)   *Nashville, TN 37203*

(Name)      _____
(Address)   _____
(Address)   _____

(Name)      _____
(Address)   _____
(Address)   _____

(Name)      _____
(Address)   _____
(Address)   _____

(Name)      _____
(Address)   _____
(Address)   _____

(Name)      _____
(Address)   _____
(Address)   _____

(Name)      _____
(Address)   _____
(Address)   _____

(Name)      _____
(Address)   _____
(Address)   _____

(Name)      _____
(Address)   _____
(Address)   _____

(Name)      _____
(Address)   _____
(Address)   _____

on the *20* day of *April* , 20*25*.

*Gregory Ryan Webb*
Signature

Gregory Ryan Webb
c/o 329 E. Tanner
Waverly, IL 62692



RECEIVED

MAY 01 2025

US DISTRICT COURT
MID. DIST. TENN.

U.S.D.C. Clerk
719 Church Street
Nashville, TN 37203