United States District Court
Middle District Of Tennessee
At Nashville (Cookeville)

RECEIVED
MAY 21 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Gregory Ryan Webb
   plaintiff

V.                      2:25-cv-00034

Ivy Jo Gardner Mayberry,
Lewana Castillo Webb
Kevin Bryant
Avery York Jr.
Cumberland County Sheriff Dept.
Cumberland County Probate & Family Clerk
Cumberland County Circuit Court Clerk
John Tyler Merchant
Jessica Danielle Hill
Josh Tollett
13th District DA's Office
   defendants

## Motion and Supporting Memorandum

Under LR.15.01(a)(1) I didn't believe the original complaint was sufficient enough for this Court.

I don't agree with the length of amended complaint but accusations are serious and this Court must know details with eleven (11) defendants in which there's only excuses and no remorse. The amended complaint is also handwritten and would be shorter if did with a computer in which three computers or laptops were destroyed by defendant(s) in or named in this case. I've compacted a lot into each count.

I've attached appended exhibit, and the proposed amended pleading. Under LR15.01(a)(2) I state that No party can yet oppose in which process of service has not been initiated.

Under LR15.01(b) the amended pleading restates the entire pleading with amendments incorporated.

Relief Requested: For this Court to accept amended complaint and initiate process of service as requested in separate Motion.

Respectfully Submitted,
Gregory Ryan Webb
c/o 329 East Tanner
Waverly,



### LR15.01 – MOTIONS TO AMEND PLEADINGS

(a) **Supporting Papers.** A motion to amend a pleading must:
  (1) Describe the reasons supporting the proposed amendments and the substance of the amendments sought, and include as an appended exhibit the signed proposed amended pleading; and
  (2) In cases in which all parties are represented by counsel, state that counsel for the moving party has conferred with all opposing counsel about the proposed amendment and whether or not the motion to amend is opposed.
(b) **Form of Amended Pleading.** Amended pleadings must restate the entirety of the pleading with amendments incorporated, rather than merely reciting the amended sections.

### LR16.01 – CASE MANAGEMENT

(a) **Purpose of Case Management.** The purpose of case management is to provide mandatory, court-supervised, case management tailored to the individual needs of each case. Management of cases is primarily and ultimately the responsibility of the lawyers acting in the best interests of their clients.
(b) **Cases Subject to Mandatory Initial Case Management Conferences.**
  (1) All civil cases not specifically exempted by section (c) of this Rule are subject to a mandatory initial case management conference and case management as determined appropriate by the Judge.
  (2) The Judge to whom a case is assigned may subject any of the exempted cases to case management conferences and other case management by order or notice.
(c) **Cases Exempt from Mandatory Initial Case Management Conferences.**
  (1) All actions in which one of the parties appears *pro se*;
  (2) All prisoner petitions filed under 42 U.S.C. § 1983, or under 28 U.S.C. § 2254 and § 2255;
  (3) All actions for judicial review of administrative decisions of government agencies or instrumentalities where the review is conducted on the basis of the administrative record, including without limitation, Social Security appeals;
  (4) Bankruptcy appeals filed pursuant to 28 U.S.C. § 158 and bankruptcy cases in which an Article III Judge is required to review proposed findings of fact and conclusions of law of the Bankruptcy Judge in non-core proceedings, under 28 U.S.C. § 157; provided, however, that cases withdrawn from Bankruptcy Court, pursuant to 28 U.S.C. § 157(d), are not exempted from the customized case management plan;
  (5) Proceedings for admission to citizenship or to cancel or revoke citizenship;
  (6) Proceedings to compel arbitration or to confirm or set aside arbitration awards;
  (7) Proceedings to compel testimony or production of documents under a subpoena or summons issued by an officer, agency or instrumentality of the United States not provided with authority to compel compliance;
  (8) Proceedings to compel testimony or production of documents in this District in connection with discovery or for the perpetuation of testimony for use in a matter pending or contemplated in a United States District Court of another District;
  (9) Proceedings for the temporary enforcement of orders of the National Labor Relations Board;
  (10) Any proceedings assigned a "miscellaneous case" number; and

6



Case 2:25-cv-00034    Document 7    Filed 05/21/25    Page 3 of 5 PageID #: 79

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) 42 U.S.C. 1985 packet, Motion
has been served on: To Amend, Amended Complaint, Original Complaint.

(Name) U.S.D.C./Clerk
(Address) 719 Church Street
(Address) Nashville, TN 37203

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

on the 16th day of May, 2025.

Gregory Ryan Webb
Signature

2:25-cv-00034

PRESS FIRMLY TO SEAL

# PRIORITY®
## ★ MAIL ★

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

[redacted] NATIONALLY, LARATION EQUIRED.

[redacted]

P

US POSTAGE IMI
$14.10
SSK
PH
05/17/25 Mailed from 62703 028W2310878

PRIORITY MAIL®

GREGORY R WEBB
329 E TANNER ST
WAVERLY IL 62692-1134

4 lb 10.00 oz
RDC 03

EXPECTED DELIVERY DAY: 05/22/25

C019

SHIP TO:
USDC CLERK
FEDERAL CLERK
719 CHURCH ST
NASHVILLE TN 37203-7094

USPS TRACKING® NUMBER

9505 5070 0286 5137 0272 53

RECEIVED
MAY 21 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

FROM: Gregory Ryan Webb
c/o 329 E. Tanner Str.
Waverly, IL 62692

TO: U.S.D.C./Clerk
719 Church Street
Nashville, TN 37203

TYVEK® IS RECYCLABLE

PRESS FIRMLY TO SEAL

PS00000000013

EP14 July 2013
OD: 11.625 x 15.125

[redacted] PS.COM®
IES ONLINE

UNITED STAT[redacted]
POSTAL SERV[redacted]

