# United States District Court
## Middle District Of Tennessee
### At Nashville (Cookeville)

Gregory Ryan Webb

    plaintiff

V.

              2:25-cv-00034

              Jury Trial ☒ yes

Ivy Jo Gardner Mayberry,

Lexana Castillo Webb

Kevin Bryant

Avery York Jr.

Cumberland County Sheriff Dept.

Cumberland County Probate & Family Clerk

Cumberland County Circuit Court Clerk

John Tyler Merchant

Jessica Danielle Hill

Josh Tollett

13th District DA's Office

    defendants

## Amended 42:1985 Conspiracy To Interfere with Civil Rights

    I've requested this amended Complaint with separate Motion. I state the following true to best of my knowledge

1. Jurisdiction is proper in this Court according to 42 U.S.C. 1985.

## 2. Parties to this Complaint

### A. Plaintiff

1. Gregory Ryan Webb
c/o 329 East Tanner Street
Waverly, IL 62692
Morgan County, Illinois
865-297-6641
ryan190023@gmail.com
   a) Plaintiff is homeless with temporary Illinois address.
   b) Plaintiff is Citizen of State of Tennessee

### B. The Defendant(s)

1. Ivy Jo Gardner Mayberry
Attorney for Tennessee Dept. Children Services
600 Hearthwood Court
Cookeville, TN 38506
931-646-3129
   a) Defendant is Citizen of Cumberland County, TN
   b) Defendant acted in both Individual and Official
   Capacity(s).

2:25-cv-00034                                    page 2

2. Lewana Castillo Webb

Correctional Officer

353 Washington Street

Crossville, TN 38572

a) Defendant is or was citizen of Cumberland County, TN

b) Defendant acted in both Individual and Official

Capacity(s).


3. Kevin Bryant

Private Attorney at Crossville, TN

68 Woodmere Mall # 101

Crossville, TN 38555

931-787-1004

Kevin@ Kevinrbryantlaw.com

a) Defendant is citizen of Cumberland County, TN

b) Defendant acted in both Individual and Official

Capacity (s).


4. Avery York Jr.

233 Lincoln Street

Crossville, TN 38572

a) Avery York Jr. is part owner of seven rock quarries

and surrounding counties of Cumberland County, TN

in which Mr. York Jr. is Citizen of Cumberland County, TN.

b) Defendant acted in his individual capacity.

2:25-cv-00034                                    Page 3

5. Cumberland County, TN Sheriffs Dept.
   90 Justice Center Drive
   Crossville, TN 38555
   931-484-6176
   ccso@ccsheriffs.org
   a) Defendant is located in Cumberland County, TN
   b) Defendant acted in both individual and official
      Capacity(s)

6. Cumberland County Probate & Family Clerk/Deputy Clerk
   60 Justice Center Drive
   Crossville, TN 38555
   931-484-4731
   a) Defendant is located in Cumberland County, TN
   b) Defendant(s) acted in both Individual and Official
      Capacity(s)

7. Cumberland County Circuit Court Clerk
   Clerk and Deputy Clerk
   60 Justice Center Drive
   Crossville, TN 38555
   931-484-5852
   a) Defendant is located in Cumberland County, TN
   b) Defendant(s) acted in both Individual and Official
      Capacity(s).
   2:25-cv-00034                                  page 4

8. John Tyler Merchant / Correctional Officer
   541 Wayne Cotton Morgan Drive
   Wartburg, TN 37887
   423-346-1300
   a) Defendants location unknown, may work at Morgan
      County, TN Correctional Center
   b) Defendant acted in both Individual and Official Capacity(s)

9. Jessica Danielle Hill
   24595 Rhea County Hwy
   Spring City, TN 37381
   a) Defendants location unknown in Rhea County, TN
   b) Defendant acted in individual capacity

10. Josh Tollett
    Previous employer at Josh Tollett masonry
    1057 S. Main Street
    Crossville, TN 38555
    a) Defendants location is Crossville, TN
    b) Defendant acted in his individual capacity

2:25-cv-00065                                    page 5

11. 13th District DA's Office
    1289 S. Walnut Avenue
    Cookeville, TN 38501
    931-528-5015
    a) Defendant(s) location is both Putnam County and
       Cumberland County, TN.
    b) Defendant(s) acted in both Individual and Official
       Capacity(s).


C. Nature of Case

   This 42 U.S.C. 1985 (2)(3) is brought before this
Court due to the fact defendants have committed a
real Conspiracy to Interfere with Civil Rights with
numerous motives and no remorse. States witness,
Lewana Castillo Webb, who's named as defendant in
this case is "text book all around," domestic abuser,
who feared losing custody of child and home in
which Ms. Webb participated in mini conspiracies next to
her sexual affair, John Tyler Merchant, who's also named
as defendant in this case. Ms. Webb and Mr. Merchant
laid out a foundation my previous Attorney, Ivy Jo
Gardner Mayberry, capitalized on.

2:25-cv-00065                                    Page 6

This case involves a violent Cumberland County, TN pre-meditated election conspiracy per fact allowing obstruction of justice against 12yr old child kidnapped, 75 year old Republican sitting Judge purposely entrapped in efforts to steal his "Judges robe", Order Of Protection unlawfully set aside against documented domestic violence victim strategically removed from his home through excessive force two times, the real domestic abuser allowed to appear victim, and evidence destroyed, hidden, and illegally cherry picked plus deleted at no end. This case is ongoing and never ending through related cases allowing extensions while I've suffered kidnapping(s), loss of liberty, and every Civil and Constitutional right I was suppose to own be violated out in the open as United States Citizen. I have not received any relief after three (3) seperate fake and/or staged trials, all ignored, that allowed aggravated perjury against me. Using me as a "tool" and to erase a violent election conspiracy, a State and/or Federal Body Cam Citation was attempted to be created through my Cumberland County, TN case(s). I rejected a "game" or "character" test and the obstruction of justice to obvious and never ending illegal acts against me, again, while suffering kidnapping(s). I was purposely and secretly blamed for a Judges death. I am the domestic victim who was stalked at no end. page 7

# D. Cause Of Action

a) Count 1: I was denied my fourteenth amendment right of equal protection to the U.S. Constitution in which:

1. Ivy Jo Gardner Mayberry obstructed justice to my case(s) at Cumberland County, TN all throughout the last four months of 2021, all throughout 2022, and the first two months of 2023. Through networking with law enforcement, religious congregation(s), and unlawful monitering against me, Mayberry prevented and obstructed my evidence at no end making me appear an abuser purposely allowing judgement against me to obstruct and erase her own illegal actions. Mayberry manipulated the courts and officers of the courts purposely, extending me for as long as possible in efforts to erase a 2021 timeline proving I am victim to an illegal conspiracy in which Mayberry used me as unwilling "tool", and as her client in her own agenda(s) that include unlawful political and financial gain. Ivy Mayberry acted in conspiracy(s) that include the prevention and interfering with my submitting police reports and also my evidence to Cumberland County Clerks, Courts, and Sheriff's Dept. 2:25-cv-00034          page 8

Mayberry purposely obstructed me from retaining Attorney during the first three quarters (3/4) of 2022 after final withdraw on March 17, 2022. Mayberry manipulated withdraw as my Attorney through more than one case purposely, leaving other case(s) off the Motion(s) to withdraw to purposely prevent me from submitting evidence and unlawfully using up my retainer(s). After final withdraw on March 17, 2022 Mayberry stalked my court hearings, filings to both Clerks offices, and obstructed by networking with Cumberland County Sheriffs Dept both obstructing and preventing police reports from being produced throughout both 2022 and 2023. My Mayberry and "friends" were somehow allowed to track and moniter me creating endless extensions in which their main goal was to erase 2021 timeline and violent election conspiracy, allowing States witness, Ms. Webb, to prevail as domestic abuser. Mayberry purposely placed me into violent election conspiracy feud in split county Republican government. Both sides of this split county government participated in preventing me from obtaining Attorney all throughout 2022 and once I received Attorney through Judge Gary McKenzie, Mayberry and friends somehow manipulated 13th District Public Defenders Office, from submitting my evidence and turning "blind eye" to election conspiracy. Craig Fickling and his investigator were aware of.

2:25-cv-00034                                        page 9

Mayberry participated in helping manipulate "fake and staged" trials against me. Mayberry participated in deleting or obstructing my evidence. Mayberry and "friends" participated in stalking me, tracking me, encouraged intimidation and harassment against me, and purposely hid self inflicted evidence from me. During Septemberish of 2022 Judge Gary McKenzie initiated process of my receiving court appointed Attorney for Cumberland County case no. CR-22-130. Ivy Mayberry was at that court hearing stalking me and my case(s). The moment after Judge Gary McKenzie initiated process to receive attorney in case CR-22-130 Mayberry become aggressively upset and fast paced her way out of the court room. Ivy Mayberry participated and networked preventing and manipulating all law enforcement in Tennessee into not doing their jobs that include Cumberland County Sheriffs Dept. and Crossville police Dept. in which acts against me were ignored at no end. Ivy Mayberry acted through numerous state actors that include herself as State of Tennessee licensed Attorney. Mayberry also acted on her own personal time acting through her friends, family, and church congregation(s) that include both Cumberland County Clerks offices and Cumberland County Sheriffs Dept.

2:25-cv-00034                                            page 10

Count 1, 2 Defendant Lewana Castillo Webb created self inflicted minor wound she did not receive medical treatment for. Ms. Webb was purposely allowed to use self inflicted wound against me in which Ivy Mayberry and friends knew Ms. Webb was/is the abuser allowed to prevail in efforts to obstruct 2021 timeline of Kidnapping(s), excessive force, and election conspiracy. Ms. Webb helped obstruct my case(s), at no end I can confirm during ongoing conspiracy during all of 2021, 2022, 2023. During April 21, 2022 Ms. Webb was openly allowed to commit aggravated perjury against me at Preliminary, and unlawful Order Of Protection hearing. 13th district ADA Bateman, Attorney Kevin Bryant, and Judge William T. Ridley over the hearing were all aware. After what Ms. Webb did, named in related complaints, or cases, Ms. Webb was gifted a "judicial god complex". Defendant in this case, Ms. Webb, has continued to steal all I own of value, continued to Kidnap my son per fact, and allowed to unlawfully own Order Of Protection as the domestic abuser allowed to "piggy back" an election conspiracy in which a Republican sitting Judge was entrapped and died. I attempted to report Ms. Webb being allowed to track me, harass me, and all named in related complaints.

2:25-cv-00034                                          page 11

Ms. Webb was continuously allowed to lie against me both inside and outside the courtroom in which it was extremely obvious to the point Rookie prosecutor who prosecuted Cumberland County case no. CR-22-130 quit or resigned her position as 13th district ADA, after realizing what Ms. Webb was allowed and encouraged to do against me. Ms. Webb took full advantage and over-extended her obstruction of justice against me to purposely deny me equal protection. Ms. Webb acted through my own Attorney, Ivy Mayberry, and also through her Attorney Kevin Bryant who are licensed by the State Of Tennessee in scheme(s) against me to obstruct 2021 timeline and conspiracy to Kidnap, plus election conspiracy. Ms. Webb was allowed and encourage and lie against me through Crossville Police Dept, Cumberland County Sheriffs Dept and courts, using them all as state actors.

Count 1.3 As State Of Tennessee licensed Attorney, Kevin Bryant acted through himself, the Cumberland County Sheriff's Dept, and Cumberland County courts obstructing justice against me and not reporting all the illegal and unlawful acts against me named in related complaints that include U.S.D.C. case no. 2:23-cv-00065 before this Court.

2:25-cv-00034                                    page 12

Kevin Bryant's actions were so obvious I confronted Bryant as being officer of the court, reminding him that his illegal acts were noticed during a mid 2022 court hearing. Bryant didn't report and encouraged on going aggravated perjury(s) against me. Bryant was following orders given by his other client, Avery York Jr., who was sexual predator allowed at my home, under the influence, who was going to move Ms. Webb and my son to Florida. York gave Bryant the excuse and financial backing in which Bryant accepted to erase conspiracy to kidnap and not reporting my Order of Protection was legally still active. Bryant somehow participated in a tracking and monitoring against me waiting for me to admit to Ms. Webb's self inflicted wound all defendants have ignored as fact. Bryant participated in obstructing justice against me, purposely denying me equal protection in which Bryant knew I was suffering Kidnapping(s). Trials were manipulated against me justifying Kidnapping(s). Bryant participated in making sure I lost all to prevent accountability, liability, and responsibility.

Count 1.4 Avery York Jr. acted through State licensed attorney Kevin Bryant making himself some type of supervisor in a 2022 "game" or monitered character test I kept rejecting while my son was/is kidnapped.

2:25-cv-00034                                    page 13

Avery York Jr. was somehow allowed to participate in obstructing justice against me during most of 2022 to erase 2021 timeline in which Avery York Jr. helped Ms. Webb destroy and replace smartphones and Ms. Webb's Macbook pro I purchased previously at Apple store at Knoxville, TN mall. Avery York Jr. also acted through Cumberland County Sheriffs Dept. in which he was previous deputy and Circuit Court Clerk who he was/is brother in-law to. Avery York Jr. participated in conspiracy to my civil rights purposely denying me equal protection in regard to erasing all of 2021 timeline Avery York Jr. worked during 2022 to do.

Count 1.5. Cumberland County Sheriffs Dept. acted through their own entity as state actors preventing defendant Ms. Webb from being held accountable for destroying evidence, preventing Kevin Bryant from being held accountable for conspiracy to Kidnap, and not correcting my Order Of Protection against Ms. Webb that was unlawfully set aside. Sheriffs Dept. knew of Ivy Mayberry's election conspiracy, and Knew they were guilty of excessive force against me. Cumberland Sheriffs Dept ignored my police report produced on approximately February 3, 2022 in which Deputies of three (3) surrounded me when I attempted to make a full report.

2:25-cv-00034                                          page 14

Cumberland Sheriffs Dept. encouraged a "fake/staged" trial against me attempting to create "fall guy", Deputy Levi Gilliam. Cumberland County Sheriffs Dept. helped and encouraged a monitering against me in which they needed for me to acknowledge Ms. Nebb's self inflicted wound. I didn't know about the self inflicted wound until over a year later in which Sheriffs Dept. knew I was domestic victim and telling the truth. Cumberland Sheriffs Dept. sided with corruption against me instead of holding other deputies responsible through public reprimand and permanent termination of emplament. Cumberland Sheriffs Dept. teamed up with William T. Ridley in private hallway behind the courtroom. All throughout 2022 Cumberland Sheriffs Dept. helped extend me into failure while suffering kidnapping(s) some of their deputies helped execute. Cumberland Sheriffs Dept. refused my other police reports that include approximately September of 2023 that was denied by Deputy Alverez. I reported Deputy Alverez's phone call on approximately February 3, 2022 in which Sheriffs Dept. didn't document police report nor did they ever intend on investigating Deputy Alverez. Cumberland Sheriffs Dept. allowed me to take fall and suffer after I was unwillingly and unknowingly placed in an election conspiracy.

2:25-cv-00034                                    page 15

I attempted to report unlawful acts against me throughout late 2021, all of 2022, 2023, and 2024, in which Cumberland Sheriffs Dept. is aware. I attempted reporting Deputies in numerous obstructions against me in efforts to erase excessive force and election conspiracy. During January, 2023, Cumberland County Circuit Court heard Motion to Dismiss in regards to missing body cam footage for Cumberland County case no. CR-22-130. States failure to produce this evidence is also fault of Cumberland County Sheriffs Dept. who has purposely obstructed 2021 timeline denying my right to equal protection under the fourteenth amendment to the U.S. Constitution. Cumberland Sheriffs Dept. had another Deputy I can ID stand in place of Deputy Powers during trial at Cumberland County for case no. CR-22-130 on February 16, 2023. Defendant(s) are attempting to make me appear incompetent and/or delusional in which opposite is true. I wasn't supposed to see the officer/Deputy standing in Deputy Powers place during rest room break. I also confronted Dep. Gilliam in which he lied to me, to the courts, to judicial commissioners office, in which his continuing as law enforcement is only creating more problems for higher Court(s) and Clerk(s) in which I'm repeating myself in facts of corruption.

2:25-cv-00034                                    page 16

Count 16 Cumberland County Probate & Family Deputy Clerk has family ties to my previous Attorney Ivy Mayberry, Dep Clerk Sandra Lee. Deputy Clerk Sandra Lee has same physical characteristics as Road Sgt. who helped Dep. Alverez remove me from my home through excessive force on 09/17/21 while I owned Order of Protection against States non-credible witness, Lewana Castillo Webb. Deputy Clerk Sandra Lee somehow tracked my location to the Avalon Center at Crossville, TN a few-ish minutes after my arrival at that Avalon Center for Domestic violence victim(s). Dep. Clerk Sandra Lee parked a few car lengths away from where I parked White 2018 F-150. Dep. Clerk exited the Crossover vehicle she drove, entered the Avalon Center, then come back outside, in her individual capacity, entered the Crossover vehicle, and left the parking lot. Dep. Clerk Sandra Lee was somehow audio-ing me and obstructed services the Avalon Center at Crossville was considering helping me for. Dep. Clerk Sandra Lee purposely prevented those services for me by or after walking into the Avalon Center and telling the employee/volunteer to not helping me. My previous requests to Avalon Center were going to be considered for approval in person on that December 2, or 14th day of 2022. The services requested and then denied due to Sandra Lee's obstruction were for funding to report complaint to U.S.D.C. at Nashville and search

2:25-cv-00034    page 17

for employment in Nashville, TN as tradesman. I needed help for fuel in which my fuel bill doubled or trippled due to vandalisms to White 2018 F-150. Dep. Clerk Sandra Lee interfered with getting myself back on track and purposely interfered with creating income for myself to move forward in bringing extreme and violent corruption "to light" that includes conspiracy to kidnap. A premeditated plan was placed in Motion setting me up for failure, denying me equal protection under fourteenth amendment to the U.S. Constitution.

Count 1.7. Cumberland County Circuit Clerk obstructed my legal filings, evidence, a violent election conspiracy, and conspiracy to kidnap at no end. Circuit Clerk Jessica Burgess is sister in-law to Avery York Jr. who's sexual predator allowed at my home under the influence in front of my 12yr old son during 2021 timeline that's erased at no end. Circuit Clerks office deleted, hid, and removed evidence from my case(s) all throughout 2022 and beginning of 2023 denying me equal protection. Circuit Clerk Jessica Burgess was somehow allowed to track and moniter me in efforts to obstruct my case(s), delete an election conspiracy, erase kidnapping(s), excessive force, and 2021 timeline of Avery York Jr. attempting conspiracy to kidnap and re-locate my son to Florida. Circuit clerk acted through their own office.

2:25-cv-00034                    page 18

Count 1.8. John Tyler Merchant was allowed to participate and obstruct my life and erase his 2021 conspiracy to excessive force and Kidnap. Mr. Merchant was not manipulated but wanted my low-maintainance home instead. John Tyler Merchant acted° in his official and individual capacity(s) tracking and monitering me after I had restraining order against him. Mr. Merchant somehow contacted Jessica Hill who I attempted to both help and date after legal separation. Mr. Merchant was allowed to participate and erase his stalking and felonies against me and my 12yr old son but only to erase 2021 timeline of election conspiracy. Mr. Merchant participated in illegal conspiracy against me all throughout 2022 and helped obstruct my "outting this lunatic ball" which denied me equal protection through humiliating me and preventing me relief through the Courts and or law enforcement preventing Mr. Merchant's acts of child abuse and previous conspiracy from 2021 from becoming charges and public. Mr. Merchant mentally harmed my 12yr old son on purpose, in previous attempted conspiracy to Kidnap he obviously helped succeed, in his official capacity as Correctional Officer and individual capacity working through State Actor(s) unknown.

2:25-cv-00034                                          Page 20

Count 1.9 Jessica Danielle Hill of Spring City, TN obstructed justice against me while participating in 2022 and 2023 conspiracy to interfere with my civil rights. Ms. Hill received payment(s), attention, and sexual affairs that included my previous employer who's married and cousins to both Ivy Mayberry and participants to election conspiracy. Ms. Hill acted through State Of Tennessee licensed Attorney Kevin Bryant; through both Cumberland and Rhea County Sheriffs Dept.; through State Of Tennessee in which Ivy Mayberry's previous paralegal has husband in corrections, States uncrediable witness Ms. Webb is/was Correctional Officer, and John Tyler Merchant who's correctional officer who contacted Ms. Hill after I had restraining order against Mr. Merchant; and through Crossville Police Dept. who tried defending Ms. Hill's completed conspiracy to obtain gifted laptop and ordering it's destruction that held 2021 timeline and legal documents related to my being documented domestic violence victim, conspiracy to kidnap 12yr old child, election conspiracy entrapping 75 yr old judge a few months before his retirement who passed away, after learning of entrapment(s) a few-ish months before his retirement during this ongoing kidnapping. Ms. Hill conspired against me while and after I helped do expensive maintainance to homes for her sons without charging her.

2:25-cv-00034                                    page 21

Ms. Hill conspired against me. Along Side Of Kimberly Jenkins of Spring City, TN who my sister Mendi Webb had restraining order against. Ms. Hill was previously affiliated with Attorney, Kevin Bryant after paying $1000 to Bryant for her ex-boyfriends retainer in which Bryant quickly closed that case to prevent the connection. Ms. Hill attempted to make me appear "out of control", to purposely prevent law enforcement and the courts from viewing me as credible witness and as victim to this lunatic ball. Ms. Hill purposely obstructed my case(s) and circumstances next to Kimberly Jenkins in which Ms. Hill left Kimberly Jenkins out of the equation due to restraining order my sister had/has against Kim and her husband. Ms. Hill "targeted" me while suffering my son's Kidnapping(s) and the Kidnapping(s) plus excessive force against me that I've not received relief from, in-part to Ms. Hill's unlawful stalking and Burglaries against me. Ms. Hill was aware of vandalism(s) to my white 2018 F-150 and became furious against me for fixing the truck in-part instead of working free for her in which Ms. Hill demanded most work. Ms. Hill sent me video of herself acknowledging me deleted evidence. After sending me that video during August of 2022, Ms. Hill manipulated laptop back and ordered its destruction during September, 2022.

2:25-cv-00034                                                page 22

Jessica Danielle Hill purposely made me appear the over-all problem to prevent authorities from helping me. Ms. Hill denied my guaranteed right to equal protection under the fourteenth amendment to the U.S. Constitution.

Count 11/Josh Tollett acted in conspiracy to interfere with my civil rights after obstructing against me preventing his "cousins" accountability to conspiracy to Kidnap, a 2021 timeline, excessive force, and election conspiracy of entrapped Judge. Mr. Tollett acted through Cumberland County Sheriffs Dept., 13th district DA's Office, and my previous Attorney, Ivy Mayberry, who's licensed through State of Tennessee. Mr. Tollett purposely used two women, Jessica Danielle Hill and Kimberly M. Jenkins of Spring City, TN, who equally acted as team to commit conspiracy against me with help of Kim's husband who all stalked me. My sister, Melinda Webb had active restraining order against Kimberly M. Jenkins and her husband who helped and encouraged Ms. Hill to follow Mr. Tollett's instructions, that included sexual affair in which Mr. Tollett was married and my previous employer, Kimberly and her husband equally teamed up with Ms. Hill obtaining and manipulating information against me, forwarding to Josh Tollett, in which Mr. Tollett purposely submitted to any authority(s) accepting, while I suffered my son's Kidnapping, to prevent me from receiving help as credible witness.

2:25·cv-00034                                                    page 23

Mr. Tollett's unlawful manipulation against me was to justify and obstruct 2021 timeline to purposely deny my guaranteed right to equal protection to the U.S. Constitution.

Count 1.11.13th District Of Tennessee DA's office was and is still aware of States non-credible witness, Lewana Castillo Webb, being domestic abuser. My submitted evidence was hidden on purpose to entrap Republican sitting Judge during election conspiracy, the 13th District DA's office was aware of. 13th District DA's office knew and knows my 12yr old son was kidnapped per fact. I was subjected to "staged/fake" trial(s) that include one trial for case no. CR-22-130 in which 13th district DA's office knew of States witnesses history of "fake/self inflicted" wound(s) and aggravated perjury I clearly pointed out with this fact recorded at preliminary hearing for same Cumberland County case. 13th District DA's office unlawfully monitered me attempting to get me to admit to Ms. Webb's self inflicted wound that I didn't know about for over a year. Rookie prosecutor who tried my case resigned and/or quit due to unlawful actions of ADA Bateman and 13th District DA's office who's still ignoring my previous Order of Protection unlawfully set aside to excuse excessive force against me.

2:25-cv-00034                                            page 24

13th District DA's office purposely continued to make me appear problem and purposely push authorities into denying me equal protection guaranteed under the fourteenth amendment to the U.S. Constitution. 13th District purposely passed my case(s) and circumstances up the "ladder" to prevent liability and accessory(s) to election conspiracy in which 13th District knew my evidence was hidden to entrap a Judge in efforts to steal his robe. I submitted my evidence through court filed documents all ignored in which some documents came up missing. 13th District DA's office helped justify excessive force against me and my son Kidnapped plus extended me into failure plus contributed to three fake/staged trials hoping I would fail through extensions. 13th District DA's office acted through themselves as State actor and Tennessee licensed Attorneys' Kevin Bryant and Ivy Mayberry allowing felonies against me and Judge Larry Warner.

Above stated is true for Count 1 of this Complaint.

2:25-cv-00034                                    Page 25

b) Count II. Under 1985(2) I have been harassed and attempts to intimidate me during late 2021, and all of 2022, 2023, 2024, 2025. As stated below, two or more of the defendants have attempted to report against me, threatened to report against me, and/or prevent me from filing before the federal court(s). I have been threatened, vandalized, stalked, shots by firearm against me while in Chattanooga, TN in which two of the three incidents may have been to scare me but upset me instead. I've concluded a 100% real election conspiracy that includes kidnapping, excessive force removing me from my home, a Judge who was entrapped passing away at age of 75, sexual predatory behavior, all allowing the domestic abuser to prevail. I fall under 18 U.S.C. §1512 in which I'm victim, witness, and volunteer informant to the above stated in official proceedings throughout or before numerous Courts.

I have unfortunately and not proudly manipulated self defense to prevent violence in which I've humiliated myself while suffering the kidnapping of my 12yr old son who's now 16.

Under Count II my freedom of speech and Petition under the first amendment to the U.S. Constitution has been violated against me through right to Petition for Redress of Grievances, Intimidation as a Chilling Effect, and Freedom of Expression.

2:25-cv-00034                    Page 26

Additionally, under b), Count II., My Due Process right under both the fifth and fourteenth amendments to the U.S. Constitution have been violated by Defendant(s) in regards to Fair Legal Process and Intimidation as a threat to fairness.

And finally, under b), Count II, my Fundamental right to Access the Court(s) violating my equal protection guarantee under the fourteenth amendment to the U.S. Constitution has been obstructed at no end or violated against me in which I state the following true:

Count II. 1. Ivy Jo Gardner Mayberry, manipulated her friends, family, church congregation, the courts, and other officials into believing a scheme to make me appear violent, to appear the problem, and for everyone to "keep an eye" on me by following and harassing me into being a perfect person while suffering a kidnapping and blamed for a Judges death. Mayberry and friends named in related complaints before this Court, hid in this created smokescreen that resulted a small group allowed to blend in and make me appear delusional and out of control while responding to "their" hidden illegal acts of thefts

2:25cv00034

against me, thefts of my legal paperwork, suppression and deletion of my digital evidence. Ivy Mayberry prevented me and pushed her "friends" into helping obstruct 2021 timeline of conspiracy to Kidnap and violent election conspiracy. Mayberry manipulated a "game" against me pushing me into failure during 2022. Mayberry networked at no end to prevent me from filing to the Tennessee Supreme Court and U.S.D.C. if she learned the filing(s) were against her. Mayberry attempted to distantly manipulate me into committing violence by purposely encouraging acts that Mayberry knew would upset me. Mayberry encouraged extensions against me while she knew I was falling into failure. Mayberry is also practicing federal Attorney who understands how Constitutional and Civil Right violations can change anyone for the worst. Mayberry set up attempted blackmail reminders in which the "game" included extentions as consequence to again, erase a 2021 timeline. The attempts to intimidate me only upset and angered me in which Mayberry and friends used my responses to the Chaos she caused to make me appear problem to other officials and Courts. Fact is, Ivy Mayberry used me as "chess piece", in which she lost control. Fact is, Ivy Mayberry tricked me into filing complaint that Killed a 75 yr old judge.

Mayberry manipulated conspiracy, allowing States witness, Ms. Webb, to take blame for all taking attention off herself. Mayberry and "friends" wanted me to file against selected group in 2022 before primary election in which I delayed U.S.D.C. filings as long as I could, actually to late, in which Mayberry was one of several people or more allowed to moniter me, through my 2018 F-150 and Iphone 11. Ivy Mayberry wrote a letter to Board Of Professional Responsibilty in which Mayberry, knew my every 2022 and in-part 2023, "next move", and my manipulated actions to learn who was monitering me. In letter I own Ivy Mayberry signed, Mayberry, knew things no one else knew unless they were in the 2018 F-150 with me. If I made a legal move against Mayberry, she knew it and manipulated into her favor. Mayberry's responsible for at least one of the four vandalisms against 2018 F-150. Judge Gary Mckenzie also witnessed Mayberry's anger after he initiated process for court appointed Attorney. Mayberry purposely denied me a non-manipulated access to the Courts. Mayberry helped her own selfish motives in which my evidence and testimony(s) will convict Ivy Mayberry. My son's kidnapped per fact in which Mayberry, committed conspiracy to do so, per fact, not opinion, Mayberry acted through herself as State licensed Attorney.

2:25-CV-00034                                    Page 29

Count II. 2. Lewana Castillo Webb was allowed to make herself appear victim as the real domestic abuser due to the obstruction of justice with motives to prevent excessive force against me, Kidnapping, per fact, and violent election conspiracy from "coming to light". My son was criminally Kidnapped at 12yrs old that includes conspiracy to Kidnap. My son is continued to be Kidnapped in which I haven't responded very well to the above facts stated. One Known reason my son's continued to be Kidnapped is due to fact my son is witness to acts of Ms. Webb tracking me, attempting to intimidate me. Ms. Webb acted against me throughout all of 2022 in which the man living at my home also tracked and attempted to intimidate me. The intimidation of numerous acts started after I started filing to the U.S.D.C. at Nashville. One incident per fact occurred at Crossville, TN Weigals Gas Station during mid 2022 in which location is intersection of West Avenue or Street and Miller Avenue. The man allowed to live at my house, owns or owned a specific or unique jeep I saw him in at previous Cumberland County court hearing(s). I exited the Weigals parking lot and ended at a side road no vehicle saw me drive down.

2:25-cv-00034                                        page 30

I parked in secluded spot at approximately 9:30 ish pm after dark. The exact same Jeep stopped at the end of road intersection, an approximate ten to fifteen minutes later. One reason of the tracking was to purposely provoke me while suffering kidnapping(s) with two or more persons reporting to some State official and/or entity to make me appear "the problem". I am documented domestic victim per fact. Ms. Webb is documented domestic abuser documented in the Cumberland County, TN Judicial Commissioners computer, per fact. All State Of Tennessee and Cumberland County, TN officials who know my case(s) know Ms. Webb is the domestic abuser. Ms. Webb acted through State Of Tennessee licensed Attorney's Ivy Jo Gardner Mayberry, and Kevin Bryant creating chaos allowing all stated above to "piggy-back" obstruction to 2021 timeline. Ms. Webb attempted to intimidate me from filing to the U.S.D.C.'s in which Ms. Webb accepted this encouragement.

2:25-cv-00034                                   page. 31

Count II. 3. Attorney Kevin Bryant who's licensed by State Of Tennessee acted through his Tennessee license in both his individual and official capacity(s) encouraging, intimidation and tracking against me. During September 16, and 17th, of 2021 Bryant acted in conspiracy to Kidnap, conspiracy to Kidnap, conspiracy to election type fraud that included violence and entrapped Republican sitting Judge who later died while the Kidnapping was still occurring. Bryants main concern was erasing the obstruction of justice in conspiracy to excessive force against me with active Order of Protection in my favor, that in return escalated into conspiracy to Kidnap, allowing him to fall into Ivy Mayberry's violent election conspiracy. Bryant helped create the intimidation and harassment plus tracking against me to purposely push me into failure and make me appear delusional, especially after I started filing to the U.S.D.C. at Nashville. I caught Bryant more than once in acts denying me fair access to the court before William T. Ridley, and Carolyn Knight in which those courts allowed manipulation against me, outside of my case(s), to continue the Kidnapping(s). I received no relief in which opposite is true. The above stated occurred late 2021, all of 2022, and part of 2023.

2:25-cv-00034                                    page 32

Count II. 4. Defendant Avery York Jr. and Jessica Danielle Hill acted through Tennessee State licensed Attorney Kevin Bryant and Cumberland County Sheriff's Dept in conspiracy to obstruct justice to 12yr old child kidnapped per fact, excessive force removing documented domestic victim who had active order of protection set aside, from his home, and election conspiracy entrapping 75yr old Judge who later passed away after manipulated complaint filed against him. During mid-late 2022 I was traveling interstate I-40 on my way to U.S.D.C. at Nashville to file against corruption. While driving vandalized 2018 White F-150 a vehicle identical to Ms. Hills Nissan Murano passed me in a hurry in left lane. Twenty (20)-ish minutes later a black Chevy Tahoe identical to Avery York Jr.'s vehicle passed me in a hurry to get ahead of me. I did NOT see the actual drivers. Avery York Jr. and Jessica Danielle Hill conspired to manipulate the Courts obstructing the above stated, preventing me from fair Access to the Courts, and attempted intimidation to prevent me from filing. If Avery York Jr. and Ms. Hill were not the drivers stated above, they both conspired to report manipulation through sexual predatory behaviors they participated in. I've confronted Ms. Hill on the above stated, she didn't tell on the above stated, making her accessory after the fact on the above stated.

2:25-cv-00034                                    Page 33

Count II. 5. Cumberland County Sheriffs Dept. acted through theirselves and Deputies affiliated with Ivy Mayberry. During January 9, or 10th of 2022 I found a way to contact Sheriff Casey Cox. Everything occurring against me "froze" a day or two later. I know certain things were hidden from Mr. Cox. I don't know what he found out. After conviction on February 16, 2023 for misdemeanor domestic at Cumberland County, TN Circuit court case no. CR-22-130 I was incarcerated at the Cumberland County, TN Justice Center. I built a "foundation" preparing documents for my Cumberland County case(s) and attempts for U.S.D.C. filings. I prepared documents on a bottom and top empty bunk bed, all in order, in attempt to figure out this "lunatic ball". Someone affiliated with the Sheriffs Dept. learned about my preparations. Within a week or less of having the documents organized, I was transferred to high security. Jail is under same roof of Sheriffs Dept. I know Dep. Jason Powers was previous correctional Sgt. at the Jail. Higher security slows all litigation down. I filed to U.S.D.C. at Nashville shortly before transfer to high security. I was purposely "slowed down" from accessing the Courts, attempt to intimidate due to filing by being placed in high security, was ordered against me, in which I reported on jail Kiosk along with other that was purposely ignored.

2:25-cv-00034                                    Page 34

Count II.6. Deputy Clerk Sandra Lee acted through the Probate & Family Clerks Office. During September 2022 Sandra Lee accepted then didn't accept my divorce appeal. I walked up to the Clerk counter at Cumberland County, TN, set the attempted appeal on the counter and slid the legal documents towards Sandra Lee. Sandra Lee briefly looked at the attempted appeal documents, then set them on the counter and slid them back across the counter towards me saying nothing. Sandra Lee denied me access to the court so I pushed them back across. Sandra Lee had "disgusted" look on her face that was intimidation against me I ignored. Sandra Lee went to back office with my documents or divorce appeal to the actual Clerks office, had a conversation with the clerk, then brought back stamped copy of appeal. Sandra Lee thought the litigation to the election conspiracy and conspiracy to kidnap, plus excessive force was over. Ivy Mayberry is family relation to Probate & Family Clerk and Deputy Clerk. On December 2 or 14th of 2022 Sandra Lee tracked me to Avalon Center at Crossville, TN and prevented my completed request for Avalon Center to help me with fuel or food to go to U.S.D.C. at Nashville to file complaint and search for work as tradesman. Sandra Lee was somehow monitoring me and again prevented me from accessing the U.S.D.C. Court in which Sandra Lee delayed me, but attempted stopping me.

2:25-cv-00034                                  page 35

Count II. 7. Cumberland County Circuit Clerks Office at
Cumberland County acted through themselves as State actors.
After submitting evidence on paper, digital evidence on U.S.B,
and legal documents I asked Morgan McDonald who's now
Deputy Clerk if all is submitted to the court. McDonald
responded yes. After no response of some type of
immediate fix or higher level acknowledgement I traveled
back to the Clerks office, after phone calling the Clerks
office and learning McDonald was on vacation right after
I submitted a lot of "litigation" or evidence I was told the
court(s) received. In person, the criminal side clerk
responded to my requests to at least check on my
submitted U.S.B.'s I submitted two separate times to
make sure the 2nd U.S.B. was nearly full of evidence,
in case the 1st U.S.B. had been deleted. The criminal
side Clerk responded after searching for both U.S.B.'s
in which one was missing. I asked for someone else
to assist in which the Criminal Side Clerk seemed
concerned and told me everyone was at lunch except
her. Circuit Clerk Jessica Burgess is/was sister in-law to
defendant in this case, Avery York Jr. I don't know who the
Deputy Clerk was at that point in time. I was denied my
right to Access the court(s). All my evidence or most of
it come up missing so I kept submitting more, over and
over.

2:25-cv-00034                                    page 36

Defendant 7. continued. During late 2022 I submitted court approved forms for witnesses to take trial before Carolyn Knight for Circuit Court case no. CCI-2022-CV-6875 Clerk Jessica Burgess looked at the filled out witness forms and told me she wasn't accepting them then slid them back across to me. I was denied my witnesses that would have proved Ms. Webb the domestic abuser, corruption throughout 13th District and this Clerks office, sexual predatorial behavior allowed at my home after I was removed through excessive force with active Order Of Protection unlawfully set aside, conspiracy to Kidnap, and violent election conspiracy Jessica Burgess helped support. Jessica Burgess had a "higher level" person and entity supporting her actions in which Jessica Burgess was a main problem in this conspiracy. Jessica Burgess is depending on immunity. An entrapped Judge ended in death at 75yrs old while a 12yr old child was/is Kidnapped per fact. Jessica Burgess was somehow monitering me in her individual capacity tracking me. I was denied my witnesses after Jessica Burgess Knew I couldn't financially afford to have process of service. I tried to hire process servers and didn't succeed. Circuit Clerks Office purposely denied me all Witnesses denying me Access to court in effort to obstruct justice to erased 2021 timeline and election candidate feud between Ivy Mayberry and Amanda Worley.

2:25-cv-00034                                    page 37

Count II. 8. John Tyler Merchant contributed in conspiracy to extend me through the Cumberland County courts to erase 2021 timeline a place new and tunnel vision focus on defendant in this case, Lewana Castillo Webb. John Tyler Merchant participated to excuse his 2020 and 2021 conspiracy he committed against me with Ms. Webb, that included child abuse, trespassing, thefts, and aggravated burglary. Mr. Merchant acted through State of Tennessee Corrections as Correctional Officer in a 2022 "game" or conspiracy against me allowing extensions against me through the courts while I suffered kidnapping, per fact as documented domestic violence victim. Mr. Merchant helped manipulate 2022 timeline through a monitering against me in which I had previous restraining order against Mr. Merchant. I saw Mr. Merchant pass me and "stare me down" from a distance in my old neighborhood in Cumberland County, TN in which I was unlawfully removed from my home at 353 Washington Street, Crossville, TN. This incident occurred early November-ish of 2022. Mr. Merchant was visiting Ms. Webb and also stalking me attempting to intimidate me in his conspiracy to kidnap my son. Mr. Merchant participated in conspiracy that purposely extended me through the courts denying me fair access to the courts.

2:25-cv-00034                                          Page 38

Count II. 9. Jessica Danielle Hill did her best to stop me from litigating with my case(s) in Cumberland County, TN and especially to the U.S.D.C. Ms. Hill was purposely trying to manipulate me into not filing to the higher Courts. Ms. Hill contributed in conspiracy to Kidnap my son through payments, blackmail, and sexual affair(s) Ms. Hill openly accepted. Ms. Hill repeatedly attempted to intimidate me into not filing to the courts. Ms. Hill attempted to threaten me by trapping me at her home, taking advantage of my labor as tradesman to help her and her sons, but Ms. Hill Kept threatening to make me leave if I litigated at her home and told me I wasn't allowed to litigate there. I left Ms. Hill and her home more than once in which Ms. Hill was seeing other men behind my back next to Kimberly Jenkins who my sister had restraining order against. Ms. Hill was meeting with Cumberland County Defendants named in this case affiliated with corrections and Ivy Mayberry. I confronted Ms. Hill more than once about her committing conspiracy against me more than once, I confronting Ms. Hill she was helping this happen against me and that the attention she's receiving is only to obstruct my circumstances. I asked Ms. Hill's help in putting timelines together all throughout 2022 and early 2023 in which Ms. Hill told me, "that's not how it's done". Ms. Hill attempted to intimidate and obstruct me from filing to U.S.D.C. and Tennessee Supreme Court.

2:25-cv-00034

page 39

Count II. 9. continued. Ms. Hill and Kimberly Jenkins were meeting with unknown person(s) in Dayton, TN every Wednesday during mid and late 2022 related to my circumstances and case(s). I never tracked Ms. Hill. When I confronted Ms. Hill about the private meetings, Ms. Hill agressively told me I better not show up there, at Monkey Brewery. Ms. Hill was used to obstruct my legal cases and prevent me from accessing the Courts. Vandalisms against my 2018 F-150 kept occurring against me to prevent me from physically attending court date(s) and filing to the U.S.D.C. in which Ms. Hill was aware and helped prevent me from being tracked and repairing the 2018 F-150. Ms. Hill and her co-workers attempted to report me as a stalker in which Ms. Hill, her co-workers, and Kimberly Jenkins stalked me, to intimidate and prevent me from accessing the Courts. Ms. Hill acted through Cumberland and Rhea County Sheriff's Dept., through State licensed Attorney's Kevin Bryant and Ivy Mayberry, through her cousin Josh Tollett, and through Crossville, TN police dept. Ms. Hill actively and knowingly committed conspiracy against me next to Kimberly Jenkins in which I kept confronting Ms. Hill that what she's doing is illegal. Ms. Hill ignored me with no remorse and is accessory after fact to serious crimes named in this and related complaints.

2:25-cv-00034                                          page 40

Count II. 10. Josh Tollett illegally tracked and followed me all throughout 2022, 2023, and part of 2024. Mr. Tollett somehow participated in conspiracy to obstruct a 2021 timeline after learning his cousin Ivy Mayberry produced a scheme to erase 2021 timeline. Mr. Tollett participated or has knowledge of illegal entry to my 2018 F-150. Mr. Tollett attempted to intimidate me from accessing the courts after removing me from a re-certification class for rough terrain fork lift/Lull class. During mid 2022 Mr. Tollett acted against me removing me from the class as previous employer. I spoke to Mr. Tollett on the phone to why I was removed from the class. Mr. Tollett stated in my own words that my future employment didn't look good with all this talk of FBI investigation and federal courts. Mr. Tollett conspired with and through Cumberland County Sheriff's Dept and State Of Tennessee licensed Attorney Ivy Mayberry. Mr. Tollett executed sexual affair with Jessica Danielle Hill of Spring City, TN to manipulate Ms. Hill, pay Ms. Hill, to obstruct my case(s) and circumstances to purposely deny me Acess to the Courts and attempted intimidation.

2:25-cv-00034                                    Page 41

Count II. 11. 13th District of Tennessee District Attorneys Office acted through themselves purposely denying me Access to the Cumberland County, TN and 13th District courts to purposely pass my case(s) and circumstances up to the Tennessee Supreme Court without all my evidence to escape liability, responsibility, and accountability of being accessory after fact to "fake/staged" domestic against me as the domestic victim, excessive force against me with active Order of Protection unlawfully set aside, my 12yr old son Kidnapped per fact under Tennessee State Law, and violent election conspiracy resulting in entrapped Judge who died. 13th District DA's Office become aware of election conspiracy, and obstructed to delete and suppress through conspiracy against me attempting to save their own reputations and careers. 13th District attempted to intimidate me through "staged" court hearings and trials with focus ignoring this all happening against me allowed to "piggyback" election conspiracy and feud I was strategically placed in the middle of. 13th District DA's Office purposely ignored violent election conspiracy allowing domestic abuser to prevail.

Case 2:25-cv-00034    Document 7-1    Filed 05/21/25    Page 41 of 46 PageID #: 122

Count III includes obstruction of Justice to Conspiracy to interfere with my Civil Rights and delete a 2021 timeline of hiding fake evidence or self inflicted evidence from me for over a year to justify and/or excuse my 12yr old son kidnapped "per fact, excessive force against me as the documented domestic violence victim with active order of protection set aside, sexual predator behavior while under the influence of alcohol and drugs in front of my 12yr old son after I was unlawfully removed from my home, and all stolen from me. All stated above was allowed to succeed as a "piggy back" to violent Cumberland County, TN election conspiracy in which 12yr old child was kidnapped per fact and 75yr old sitting Judge was entrapped in efforts to steal his "Judges Robe", in which the Judge later died, while the kidnapping(s) were still occurring.

On Count III all parties or defendants named in this case acted through themselves as State Actors or other State actors named as defendants in this case.

Defendants in this case all violated my rights to or related to privacy and self incrimination under my:

2:25-cv-00034                           page 43

a) right to be free from Excessive Force in which search(s) and seizure(s) against me, the location(s) I lived, and my 2018 F-150 were stalked, tracked, and both edited and recorded violating my fourth amendment right to the U.S. Constitution.

b) right to be free from self incrimination and privacy, under the fifth amendment to the U.S. Constitution.

c) Recognition of Unenumerated rights under the ninth amendment to the U.S. Constitution

 and

d) Both the Due Process Clause and guaranteed right of Equal Protection under the fourteenth amendment to the U.S. Constitution

 in which I state:

All defendants in this case monitered me, tracked me, stalked me, and have attempted or did incriminate me while I suffered my 12yr old sons Kidnapping they are All conspirators to the attempted obstruction of justice to erase 2021 timeline, Defendants all viewed me or tracked me in both individual and official capacity(s) in which Defendants who are citizens not state actors acted with State Actors named in this 42 U.S.C. 1985 Conspiracy against Civil Rights.

2:25-cv-00034                                    page 44

All defendants violated my rights as named under Count III., a), b), c), and d) in which the hidden or obstructed goal was to erase kidnapping, excessive force, and violent election conspiracy.

All defendants have and still are attempting to focus on or against me after my son kidnapped in which I am the documented domestic victim purposely made to appear the abuser, due to all defendants obstructing their participation in obstructing their wrongs.

Defendants all participated in a "fake" "game" against me, in which I became entertainment and recreational activity to them. Defendants all fell into covering-up conspiracy they all willingly and knowingly participated in with no remorse. Defendants will not accept fact they are accessories after the fact to all stated in this case and complaint that includes Count I and II of this complaint. Defendants are not comprehending that their obstruction to all above stated supercedes anything I've ever did in my life. All Defendants violated my privacy at no end to help defeat a nationally but privately recognized violent conspiracy related to election in Cumberland County, TN in which timelines were late 2021, 2022, in which efforts to make me appear problem continued through 2023, 2024, and 2025.

2:25-cv-00034                          page 45

Defendants overall helped moniter me to report against me, have attempted to moniter, report, acknowledge, and report my responses to Kidnappings and loss of liberty in this lunatics ball.

Defendants should consider their own unlawful and illegal actions and immediately stop their attempts to place responsibity, accountability, and liability upon me. I am responding to all stated in this complaint in which the defendants named are accessiories after the fact to illegal acts and behavior bigger than me and my circumstances. A violent election conspiracy is way "over my head" and "out of my league".

All defendants must understand I will always respond, this is defense, and defendants are the problem(s). Defendants must learn the hard way as I have while my son's still Kidnapped per fact related to a Judges death I was wrongfully blamed for.

As for my statement to the Court, I am not delusional, nor am I on any legal or illegal drugs, all above stated is true.

Relief Requested: 1. $250,000,000

_Relief Requested continued:_

2. Injunctive Relief
3. Declaratory Relief
4. Litigation and Attorney costs and expenses
5. Any and all Relief this Court deems appropriate.




_Respectfully Submitted and Requested,_
_Gregory Ryan Webb_


Gregory Ryan Webb
c/o 329 East Tanner
Waverly, IL 62692
865-297-6641
ryan190023@gmail.com


(Notice: Above address is temporary used for address purposes
only in which I'm still homeless).




2:25-cv-00034                                    page 4/7