United States District Court
Middle District Of Tennessee
At Nashville (Cookeville)

RECEIVED
MAY 2 1 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Gregory Ryan Webb
   plaintiff

V.                              2:25-cv-00034

Ivy Jo Gardner Mayberry
Levona Castillo Webb
Kevin Bryant
Avery York Jr.
Cumberland County Sheriff Dept.
Cumberland County Probate & Family Clerk
Cumberland County Circuit Court Clerk
John Tyler Merchant
Jessica Danielle Hill
Josh Tollett
13th District DA's Office
   defendants

## Motion And Supporting Memorandum

Under LR65.01(a) this Motion is separate from original and the requested amended complaint.

2:25-cv-00034                              page 1

Under LR65.01(b) I've attached copy of the requested amended complaint that should be verified before this Motion is heard by this Court. I've attached memorandum of law, and proposed order is with or through this Motion filed before this Court.

Under LR65.01(c) I've attached memorandum for Fed.R. Civ. P.65 in which:

I, Gregory Ryan Webb, Tennessee DL #092718221, certify I have attempted efforts to give notice of past requests for TRO more than two times to Jessica Hill in which I've attached exhibit(s) that was attempted notice through certified mail to Jessica Hill of Spring City, TN on October 30, 2024.

*Gregory Ryan Webb*
Gregory Ryan Webb

Under LR65.01(c) notice should no longer be required in which I've executed previous attempts and notice(s) for TRO. Ms. Hill has participated in conspiracy against me obstructing justice to violent election conspiracy, in which Ms. Hill is attempting to again obstruct justice in efforts to prevent her from being accessory after the fact to all named in complaint(s) to this case.

2:25-cv-00034    Page 2

Under LR65.01(d) I've requested scheduling of a hearing in writing to the Clerk of this Court if a hearing is needed.

Under LR65.01(e) I'm requesting this Motion for TRO to be presented at the Clerks' and/or the Courts' discretion.

Rule 65 - Injuctions and Restraining Orders under Federal Rules Of Civil Procedure required under LR65.01(c). Under Rule 65(a)(1) I requested Injunctive Relief under Relief Requested in the original and requested amended complaint to this case before this Court.

Under Rule 65(b)(1)(A) I've attached copy of requested and amended complaint that should be verified by the Clerk and/or this Court before this request for TRO should be issued without notice.

Under Rule 65(b)(1)(B) I have satisfied this requirement on page 2 of this Motion under LR65.01(c)

Under Fed. R. Civ. P. 65(b)(2) the Clerk and/or Court must state the date and hour TRO is issued if or when this request for TRO is Granted.

Under Fed. R. Civ. P. 65(b)(2) I was denied my guarenteed rights to the Due Process Clause and Equal Protection under the fourteenth amendment to the U.S. Constitution in which injury and why it's irreparable is stated below:

a) I am documented and verified domestic violence victim made to appear the abuser.

b) My 12yr old son was kidnapped per fact on September 16, 2021 in which I'm also accusing other kidnappings of my son and myself during late 2021, and 2022, 2023, and 2024 ignored due to corruption.

c) I was unlawfully removed from my home on September 17, 2021 with active Order of Protection, in me and my sons favor, unlawfully set aside, in which excessive force occurred against me violating my fourth amendment right to the U.S. Constitution.

d) I was unknowingly and unwillingly placed as a "tool" in a violent election conspiracy allowing conspiracy to kidnap to continue for over three and one half years, (3½ years).

2:25-cv-00034                                                      Page 4

e) I am over one half million negative after being subjected to obstruction of justice to my evidence and being subjected to fake or staged trials of three (3) denying my Fundamental Rights under both the sixth and fourteenth amendments to the U.S. Constitution.

f) Sexual Predatory behavior and conspiracy to kidnap my son, and conspiracy to relocate my son or move him to Florida occurred and was attempted in efforts to push me into committing violence after I was unlawfully removed from my home at 353 Washington Street, Crossville, TN 38572 on September 17, 2021.

In Which:

i) I dated Jessica Danielle Hill of Spring City, TN starting October, 2021 after legal separation to my now ex-wife, Lewana Castillo Webb, who's the real domestic abuser in this case and related case(s).

ii) Jesica Danielle Hill of Spring City, TN obstructed against me after manipulated through undescribed payments and sexual behavior Ms. Hill accepted.

iii) Jessica Danielle Hill participated in conspiracy to obstruct justice to a 2021 timeline erasing election conspiracy allowing my 12 yr old son kidnapped and legacy ruined of 75 yr old Judge who was entrapped in efforts to steal his Judges robe.

2:25-cv-00034            Page 5

## Closing Summary

Ms. Jessica Danielle Hill acted against me next to both Kimberly Jenkins and Kimberly Jenkins husband who my sister, Melinda Webb, had restraining order(s) against. I confronted Ms. Hill numerous times to committing conspiracy against me in which Ms. Hill was encouraged to continue conspiracy against me and my son after knowing I'm documented domestic violence victim. Ms. Hill accepted her new friends who used her and encouraged Ms. Hill to obstruct justice against me. Ms. Hill gifted me a laptop and told me to delete everything her son previously downloaded. Ms. Hill aggressively lied to collect the laptop during August and September of 2022 in which Ms. Hill ordered the laptops destruction tampering with evidence, deleting 2021 timeline of evidence, related to 12yr child kidnapped per fact, and 75 yr old Judge entrapped in efforts to steal his Judges Robe during 2021 and 2022 election. Ms. Hill has no remorse and knew destroying the laptop was illegal in which Ms. Hill ordered or manipulated my sister into destroying the laptop holding 2021 timeline and other legal documents. Ms. Hill and her co-workers that include Kimberly Jenkins have absolutely no authority over me. I helped Ms. Hill and her son's with their homes through volunteer and demanded skilled labor.

2:25-cv-00034  page 6

On May 22, 2024 I reported Ms. Hill to Rhea County, TN Sheriffs Dept., requesting police report. I reported Ms. Hill after Ms. Hill stalked me, attempted to harass and intimidate me, and ordered destruction of laptop gifted to me by Ms. Hill. During August, 2022 Ms. Hill sent me video of herself admitted to knowing my evidence was obstructed. Ms. Hill made numerous attempts to collect laptop from me during August and September of 2022. After Ms. Hill gifted me the laptop Ms. Hill told me to delete all her son previously downloaded in which I accepted the gifted laptop during late 2021 or early 2022. Ms. Hill lied through text messages and made it appear that Ms. Hill still owned the laptop. Digitally stored timeline and evidence was stored on laptop. Ms. Hill demanded and then ordered the laptops destruction through my sister Melinda Webb. Kimberly Jenkins encouraged Ms. Hill to have my sister destroy the laptop to prevent consequences against Ms. Hill and Kimberly Jenkins who had restraining order granted against her by my sister, Melinda Webb, of Rhea County, TN. On May 22, 2024 Detective Cooper at Crossville, TN police dept. responded to police report I requested from Rhea County, TN Sheriffs Dept. I was denied police report against Jessica Hill of Spring City, TN by Detective Cooper who overstepped his jurisdiction.

2:25-cv-00034 page 7

Jessica Danielle Hill acted to obstruct justice against me through the Rhea County, TN Sheriff's Dept., and the Crossville, TN police dept. Ms. Hill obstructed and conspired against me to purposely deny my rights to the Due Process Clause and my guaranteed right to Equal Protection to the U.S. Constitution. Ms. Hill has prevented and is continuing to obstruct justice to attempt and prevent me from being credible witness. Ms. Hill has and is continuing to report against me in which Ms. Hill and her "friends" have no authority over me and has continued to harass and attempt to intimidate me from bring this case and related case(s), "to light", that includes obstructing my evidence to purposely delete and prevent me from using. (Please see attached memorandum in Hale V. Kentucky in which Ms. Hill is purposely obstructing my equal protection and Brady V. Maryland in which Ms. Hill has purposely obstructed or help hide/destroy my evidence.)

Relief Requested: 1. Grant Temporary Restraining Order for Gregory Ryan Webb against Jessica Danielle Hill of Spring City, TN and/or extend the TRO for good reasons in the above stated.
2. Grant TRO to prevent Ms. Hill from committing any act against me to attempt or prevent me from appearing non-credible witness to this case and related case(s).
3. Any relief this Court deems appropriate related to this case and related case(s). Gregory Ryan Webb

2:25-cv-00034 page 8

_Gregory Ryan Webb_
(Signature)

_Gregory Ryan Webb_
(Print Name)

c/o 329 East Tanner

Waverly, IL 62692

865-297-6641
(Address & Telephone Number, if any)

ryan190023@gmail.com

2:25-cv-00034                                                Page 9

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Rule 65 injunction relief and restraining order has been served on:

(Name) U.S.D.C./Clerk
(Address) 719 Church Street
(Address) Nashville, TN 37203

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

on the 17th day of May, 2025.

Gregory Ryan Webb
Signature

2:25-cv-00034                                              Page 10