To: U.S.D.C. Clerk at Nashville, TN

From: Gregory Ryan Webb

Re: Court Hearing, if required under Rule 65(b)(3) for requested TRO against Jessica Hill for case no. 2:25-cv-00034

Date: May 16, 2025

RECEIVED

MAY 21 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Dear Clerk or Deputy Clerk,

    I'm notifying your office to request Court hearing, if required for requested injunction relief of TRO against Jessica Hill.

Respectfully Submitted,
Gregory Ryan Webb

Gregory Ryan Webb
C/o 329 E. Tanner Street
   Waverly, IL 62692
   865-297-6641
   ryan190023@gmail.com



PRIORITY
★ MAIL ★

📅 DATE OF DELIVERY SPECIFIED *
📶 USPS TRACKING™ INCLUDED *
$ INSURANCE INCLUDED *
🚚 PICKUP AVAILABLE
* Domestic only

P

US POSTAGE

PRIORITY MAIL ®

GREGORY R WEBB
329 E TANNER ST
WAVERLY IL 62692-1134

4 lb 10.00 oz

RDC 03

EXPECTED DELIVERY DAY:

C019

SHIP
TO:
USDC CLERK
FEDERAL CLERK
719 CHURCH ST
NASHVILLE TN 37203-7094

USPS TRACKING ® NUMBER

9505 5070 0286 5137 0272 53

RECEIVED

MAY 21 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

FROM: *Gregory Ryan Webb*
*c/o 329 E. Tanner Str.*
*Waverly, IL 62692*

TO: *U.S.D.C./Clerk*
*719 Church Street*
*Nashville, TN 37203*

EP14 July 2013
OD: 11.625 x 15.125

P S00000000013

PS.COM®
IES ONLINE

UNITED STAT
POSTAL SERV