United States District Court
Middle District Of Tennessee
At Nashville (Cookeville)

Gregory Ryan Webb
    plaintiff

v.                                    2:25-cv-00034

Ivy Jo Gardner Mayberry,
Leriana Castillo Webb
Kevin Bryant
Avery York Jr.
Cumberland County Sheriff Dept.
Cumberland County Probate & Family Clerk
Cumberland County Circuit Court Clerk
John Tyler Merchant
Jessica Danielle Hill
Josh Tollett
13th District DA's Office
    defendants

## Motion and Supporting Memorandum

Under LR5.03(d) I'm requesting Court or Clerk's discretion to seal or not.
Respectfully Submitted, Gregory Ryan Webb
    2:25-cv-00034

**(2) Initial Documents.** Initial documents, such as a complaint and summons in a civil case, must be served in accordance with Fed.R.Civ.P. 4 and not via the Court's CM/ECF. Charging documents in criminal cases must be filed with the Clerk rather than in CM/ECF.

## LR5.03 – REQUESTS TO SEAL DOCUMENTS OR PORTIONS OF DOCUMENTS

**(a) Contents of Motion to Seal.** Any party requesting that documents or portions of documents be sealed must file a motion for leave to file the document(s) under seal in accordance with Section 5.07 of Administrative Order No. 167-1 (Administrative Practices and Procedures for Electronic Case Filing) and LR 7.01. If the party using the information or document is not the party that requests restriction of access, the applicable standards must be addressed as provided for in subsection (b). The motion for leave to seal or the response to a motion under subsection (b), even if unopposed, must demonstrate compelling reasons to seal the documents and that the sealing is narrowly tailored to those reasons by specifically analyzing in detail, document by document, the propriety of secrecy, providing factual support and legal citations. Generally, only trade secrets, information covered by a recognized privilege (such as the attorney-client privilege), and information required by statute to be maintained in confidence is typically enough to overcome the presumption of public access. Failure to comply with these procedures or to provide sufficiently compelling reasons may result in denial of the request to seal documents or portions of documents. An unopposed motion or agreed order that does not address the standards for sealing documents does not comply with this rule.

**(b) Use of Document by Party Not Designating Documents as Confidential.** The party intending to use information or documents designated in discovery as confidential must file a motion to seal under LR 7.01(a). However, the party who designated the materials as confidential or otherwise seeks to restrict access to the materials retains the burden of meeting the requirements set out in subsection (a), either in a joint motion to seal or in a response under LR 7.01(a)(3).

**(c) Redacted Filing.** If practicable, the party requesting that some or all of a filing be sealed, shall also separately file a redacted version. If the filing of a redacted version is impracticable, the motion to seal must include an affirmative statement to that effect.

**(d) Protective Orders.** Proposed protective orders should not provide that documents produced in discovery and designated as "confidential" will be automatically sealed upon filing or if used at trial. Any such language in proposed protective orders will be stricken and may result in denial of the motion for entry of the proposed protective order.

## LR6.01 – COMPUTING AND EXTENDING TIMES

**(a) Extensions of Deadlines Generally.** Unless otherwise provided in a case management order or other order, a request for an extension of time not made in open court or at a case management or status conference must:
(1) Be made by written motion;
(2) State the original deadline and the requested deadline;
(3) Provide the reasons why an extension is requested; and
(4) If all parties are represented by counsel, either:
   (A) State that there is no objection to the extension by counsel for any other party; or

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) _LR5.03(d) Motion_ has been served on:

(Name) U.S.D.C./Clerk
(Address) 719 Church Street
(Address) Nashville, TN 37203

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

on the _17th_ day of _May_, 20_25_.

_Gregory Ryan Webb_
Signature

2:25-cv-00034

PRESS FIRMLY TO SEAL

PRIORITY® ★ MAIL ★

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

[redacted] ATIONALLY, ARATION EQUIRED.

[redacted]

P

US POSTAGE IMI 035450517181043 2005 ... MIXED
$14.10
SSK
PH
05/17/25 Mailed from 62703 028W2310678

PRIORITY MAIL®

GREGORY R WEBB
329 E TANNER ST
WAVERLY IL 62692-1134

4 lb 10.00 oz
RDC 03

EXPECTED DELIVERY DAY: 05/22/25

C019

SHIP TO:
USDC CLERK
FEDERAL CLERK
719 CHURCH ST
NASHVILLE TN 37203-7094

USPS TRACKING® NUMBER

9505 5070 0286 5137 0272 53

[redacted]

RECEIVED
MAY 21 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

FROM: Gregory Ryan Webb
c/o 329 E. Tanner Str.
Waverly, IL 62692

TO: U.S.D.C./Clerk
719 Church Street
Nashville, TN 37203

TYVEK® IS RECYCLABLE
PRESS FIRMLY TO SEAL

PS00000000013

EP14 July 2013
OD: 11.625 x 15.125

[redacted] PS.COM®
IES ONLINE

UNITED STATES POSTAL SERV [redacted]

